AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Haitham Isa Saado Sad,<br>AKA Haitham Sa'ad<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) Case: 1:20-cr-00063<br>Assigned To : Contreras, Rudolph<br>Assign. Date : 3/4/2020<br>Description: INDICTMENT (B) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Haitham Isa Saado Sad

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371   (Conspiracy to commit theft of U.S. Government Property and to defraud the United States)
18 U.S.C. § 641   (Theft of Public Records)
18 U.S.C. § 1030 (Fraud and Related Activity in Connection with Computers)
18 U.S.C. § 1956 (Money Laundering)
18 U.S.C. § 2     (Aiding and Abetting)

Date:   03/04/2020                                                                           _____
                                                                                              *Issuing officer's signature*

City and state:   Washington, D.C.                                                U.S. Magistrate Judge Robin M. Meriweather
                                                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/4/2020, and the person was arrested on *(date)* 6/16/2020
at *(city and state)* Washington DC

Date:   6/17/2020                                                                           _____
                                                                                              *Arresting officer's signature*

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk

By _____
      Deputy Clerk

                                                                                              Vincent Cruse
                                                                                              *Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Haitham Isa Saado Sad
Known aliases: Haitham Sa'ad
Last known residence: Tabarbour, Amman, Jordan
Prior addresses to which defendant/offender may still have ties: N/A

Last known employment: Supply Chain Officer, Danish Refugee Council (DRC)
Last known telephone numbers: N/A
Place of birth: Jordan
Date of birth: ▮
Social Security number: N/A
Height: UNK
Weight: UNK
Sex: Male
Race: Middle Eastern
Hair: UNK
Eyes: UNK
Scars, tattoos, other distinguishing marks: UNK

History of violence, weapons, drug use: UNK

Known family, friends, and other associates *(name, relation, address, phone number)*: UNK

FBI number: N/A
Complete description of auto: n/a

Investigative agency and address: ▮

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: N/A

Date of last contact with pretrial services or probation officer *(if applicable)*: N/A