# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 1:20-cr-63 (RC)** |
| v. : | |
| : | |
| **HAITHAM SAD** : | |
| : | |
| **Defendant.** : | |

## JOINT STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Haitham Sad, respectfully and jointly provide this status report pursuant to the Court's minute order of January 26, 2021.

On January 26, 2021, the defendant pled guilty pursuant to an agreement with the government. A sentencing hearing has not yet been set. Having conferred, the parties respectfully request that the Court order the parties to submit a further status report on or before April 30, 2021, at which time the parties will inform the Court as to whether they request that a sentencing hearing be scheduled.

Defense counsel has authorized the government to file this motion on behalf of both parties.

          Respectfully submitted,

          CHANNING D. PHILLIPS
          ACTING UNITED STATES ATTORNEY
          D.C. Bar No. 415793

By:   */s/ Luke M. Jones*
        Luke M. Jones, VA Bar 75053
        Erik M. Kenerson, OH Bar 82960
        Assistant United States Attorneys
        555 4th Street, N.W., 11th Floor
        Washington, D.C. 20530
        202-252-7066 (Jones); 202-252-7201 (Kenerson)
        Luke.Jones@usdoj.gov; Erik.Kenerson@usdoj.gov

2

CERTIFICATE OF SERVICE

      I hereby certify that a copy of this motion has been served by electronic mail on counsel for the defendant on this 15th day of March, 2021.

                                      */s/ Luke M. Jones*
                                      Luke M. Jones