UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 1:20-cr-63 (RC) |
| v. : | |
| : | |
| HAITHAM SAD : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Haitham Sad, respectfully and jointly provide this status report.

On January 26, 2021, the defendant pled guilty pursuant to an agreement with the government. A sentencing hearing has not yet been set. Having conferred, the parties respectfully request that the Court order the parties to submit a further status report on or before June 11, 2021, at which time the parties will inform the Court as to whether they request that a sentencing hearing be scheduled.

Defense counsel has authorized the government to file this motion on behalf of both parties.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By:   /s/ Luke M. Jones
Luke M. Jones, VA Bar 75053
Erik M. Kenerson, OH Bar 82960
Assistant United States Attorneys
555 4th Street, N.W., 11th Floor
Washington, D.C. 20530
202-252-7066 (Jones); 202-252-7201 (Kenerson)
Luke.Jones@usdoj.gov; Erik.Kenerson@usdoj.gov