UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 1:20-cr-63 (RC) |
| v. : | |
| : | |
| HAITHAM SAD : | |
| : | |
| Defendant. : | |

**STATUS REPORT AND REQUEST FOR HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Haitham Sad, respectfully and jointly provide this status report. The parties also request a hearing at which the parties intend to present the Court with a revised plea agreement in this case. In support of this request, the parties present the following information.

1. On January 26, 2021, the defendant pled guilty pursuant to an agreement with the government. A sentencing hearing has not yet been set, and the parties have provided the Court with regular status reports since the plea. This filing is submitted in compliance with the Court's May 3, 2021, minute order requiring a status report on or before June 11, 2021.

2. The government recently advised defense counsel that, in light of recent developments in other criminal cases, the government's view of the charges under 18 U.S.C. § 641 in this case has changed. As a result of that change, the government proposed a new plea agreement to the defendant. The new agreement is substantially similar to the earlier agreement—specifically, it relies on the same statement of offense and general terms, and it includes the same estimated sentencing guidelines range. Under the new agreement, however, the defendant would plead guilty to different charges than before. Through counsel, the defendant has agreed to the terms of the new agreement.

3. So that the parties may present the new agreement to the Court and ensure that the

defendant's revised guilty plea is voluntary and otherwise complies with Fed. R. Crim. P. 11, the parties request that the Court schedule a hearing as soon as practicable and allow sufficient time for the Court and parties to complete the necessary Rule 11 colloquy.

4. Following submission of this status report, the parties will contact the Court's courtroom deputy to inquire whether and when the Court might be available for the requested hearing.

5. Defense counsel has authorized the government to file this motion on behalf of both parties.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        ACTING UNITED STATES ATTORNEY
        D.C. Bar No. 415793

By:   */s/ Luke M. Jones*
       Luke M. Jones, VA Bar 75053
       Erik M. Kenerson, OH Bar 82960
       Assistant United States Attorneys
       555 4th Street, N.W., 11th Floor
       Washington, D.C. 20530
       202-252-7066 (Jones); 202-252-7201 (Kenerson)
       Luke.Jones@usdoj.gov; Erik.Kenerson@usdoj.gov