**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 20-CR-63-2 (RC)** |
| v. : | |
| : | |
| **HAITHAM ISA SAADO SAD,** : | |
|     a / k / a "Haitham Sa'ad" : | |
| : | |
| **Defendant.** : | |

## NOTICE OF INTENT TO REQUEST JUDICIAL REMOVAL ORDER

NOTICE IS HEREBY GIVEN TO HAITHAM ISA SAADO SAD ("defendant") and to his attorney of record, Jose German, that upon conviction of the defendant for (1) Conspiracy to Defraud the United States, in violation of Title 18, United States Code, Sections 371; and (2) Fraud and Related Activity in Connection with Computers, in violation of Title 18, United States Code, Sections 1030(a)(2)(B), (c)(2)(B), the United States of America shall request that the Court issue a Judicial Order of Removal against the defendant pursuant to Section 238(c) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1228(c).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. BAR NO. 481052

Dated: ___3/16/2022_____    By:__/s/ *Erik M. Kenerson*_____
Erik M. Kenerson, OH Bar No. 82960
Luke M. Jones, VA Bar No. VA Bar No. 75053
Assistant United States Attorneys
United States Attorney's Office
555 Fourth Street NW
Washington, DC 20530
Telephone: (202) 252-7201 (Kenerson) | (202) 252-7066 (Jones)
Email: erik.kenerson@usdoj.gov | luke.jones@usdoj.gov