UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 20-CR-63-2 (RC) |
| v. | : | |
| | : | |
| HAITHAM ISA SAADO SAD, | : | |
| a / k / a "Haitham Sa'ad" | : | |
| | : | |
| Defendant. | : | |

## FACTUAL ALLEGATIONS IN SUPPORT OF JUDICIAL REMOVAL

NOTICE IS HEREBY GIVEN TO HAITHAM ISA SAADO SAD ("defendant") and to his attorney of record, Jose German, that the United States of America alleges the following facts in support of the Notice of Intent to Request Judicial Removal:

1.      The defendant is not a citizen or national of the United States.

2.      The defendant is a native of Jordan and a citizen of Jordan.

3.      The defendant was paroled into the United States for the purpose of prosecution at the Washington Dulles International Airport in Dulles, Virginia, on or about June 16, 2020.

4.      At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court for the District of Columbia of the following Counts of the Criminal Indictment: Count One, Conspiracy to Defraud the United States, in violation of Title 18, United States Code, Sections 371;; and Count Four, Fraud and Related Activity in Connection with Computers, in violation of Title 18, United States Code, Section 1030(a)(2)(B), (c)(2)(B).

5.      The maximum term of imprisonment for a conviction of Count One, Conspiracy to Defraud the United States, in violation of Title 18, United States Code, Sections 371, is five (5) years.    The maximum term of imprisonment for a conviction of Count Four, Fraud and Related

Activity in Connection with Computers, in violation of Title 18, United States Code, Section 1030(a)(2)(B), (c)(2)(B), is five (5) years.

6.      The defendant is, and at sentencing will be, subject to removal from the United States pursuant to: Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act (INA), 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime; and Section 212(a)(7)(A)(i)(I) of the INA, 8 U.S.C § 1182(a)(7)(A)(i)(I), as an alien not in possession of a valid unexpired immigrant visa, reentry permit, border crossing identification card, or other valid entry document required by law.

7.      WHEREFORE, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), the United States of America requests that the Court, at the time of sentencing, order that the defendant be removed from the United States to Jordan.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. BAR NO. 481052

Dated:   ___3/16/2022_____      By:      __/s/ *Erik M. Kenerson*_____
                                             Erik M. Kenerson, OH Bar No. 82960
                                             Luke M. Jones, VA Bar No. VA Bar No. 75053
                                             Assistant United States Attorneys
                                             United States Attorney's Office
                                             555 Fourth Street NW
                                             Washington, DC 20530
                                             Telephone: (202) 252-7201 (Kenerson) | (202) 252-7066 (Jones)
                                             Email: erik.kenerson@usdoj.gov | luke.jones@usdoj.gov