UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 20-CR-63-2 (RC) |
| v. : | |
| : | |
| HAITHAM ISA SAADO SAD, : | |
| a / k / a "Haitham Sa'ad" : | |
| : | |
| Defendant. : | |

## CONCURRENCE OF UNITED STATES
## IMMIGRATION AND CUSTOMS ENFORCEMENT

Based upon consideration of the applicable law and the defendant's statement, I hereby concur, on behalf of United States Immigration and Customs Enforcement, in the United States Attorney's request that a judicial order of removal be granted against the defendant.

Dated: **MAR 1 6 2022**

_____
Raymond Villanueva
Special Agent in Charge
United States Immigration and Customs Enforcement

Washington, D.C.