UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 20-CR-63-2 (RC) |
| v. : | |
| : | |
| HAITHAM ISA SAADO SAD, : | |
| a / k / a "Haitham Sa'ad" : | |
| : | |
| **Defendant.** : | |

## ORDER OF JUDICIAL REMOVAL

Upon the application of the United States of America, by Erik Kenerson and Luke Jones, Assistant United States Attorneys; upon the Factual Allegations in Support of Judicial Removal; upon the consent of Haitham Isa Saado Sad ("defendant") and upon all prior proceedings and submissions in this matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Jordan and a citizen of Jordan.

3. The defendant was paroled into the United States for the purpose of prosecution at the Washington Dulles International Airport in Dulles, Virginia, on or about June 16, 2020.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court for the District of Columbia of the following Counts of the Criminal Indictment: Count One, Conspiracy to Defraud the United States, in violation of Title 18, United States Code, Sections 371; and Count Four, Fraud and Related Activity in Connection with Computers, in violation of Title 18, United States Code, Section 1030(a)(2)(B), (c)(2)(B).

5. The maximum term of imprisonment for a conviction of Count One, Conspiracy to Defraud the United States, in violation of Title 18, United States Code, Sections 371, is five (5)

years.  The maximum term of imprisonment for a conviction of Count Four, Fraud and Related Activity in Connection with Computers, in violation of Title 18, United States Code, Section 1030(a)(2)(B), (c)(2)(B), is five (5) years.

6.   The defendant is, and at sentencing will be, subject to removal from the United States pursuant to: Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act (INA), 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime; and Section 212(a)(7)(A)(i)(I) of the INA, 8 U.S.C § 1182(a)(7)(A)(i)(I), as an alien not in possession of a valid unexpired immigrant visa, reentry permit, border crossing identification card, or other valid entry document required by law.

7.   The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8.   The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant is ordered removed from the United States to Jordan upon his sentencing, which removal is to be effected upon completion of his term of incarceration.

_____          _____
DATE                             THE HONORABLE RUDOLPH CONTRERAS
                                 UNITED STATES DISTRICT COURT JUDGE